# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0024
LT Case No. 59-2004-CF-129-B

_____

ANTHONY WAYNE WALKER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
William Scott Orth, Judge.

Anthony Wayne Walker, Bowling Green, pro se.

James Uthmeier, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.


September 30, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____